In the Matter of the Claim of MICHELE ANDOLINA, Respondent, against UNION STEVEDORING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the Board has misconstrued section 17 of the Workmen's Compensation Law. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS EATON, Respondent, against LINCOLN SAFE DEPOSIT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of DOMINICK MARZELLO, Respondent, against NORTHERN NEW YORK UTILITIES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JAMES FIELDS, Respondent, against FEDERAL BEARINGS CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of SANDA BINT ISMAIL and Others, Respondents, against DONNER UNION COKE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Awards reversed, and claim dismissed, with costs against the State Industrial Board, on the ground that no claim for compensation was filed within one year, and there is no sufficient proof of relationship, without prejudice to the filing of a claim for infant children and the prosecution of such claim if filed. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of SALVATORE DI IONNA, Respondent, against THE TERRY & TENCH CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of GEORGE FRED MANSTON, Respondent, against FRANKLIN & WALSH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal dismissed, on consent, the claimant being dead. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of GEORGE NORDSTROM, Respondent, against DOMESTIC ELECTRIC COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.